**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**TATYANA PLUMMER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| TATYANA PLUMMER, | No.   2:16-CV-00753-AC |
| Plaintiff, | STIPULATION AND  [proposed] ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to January 4, 2017.

[Pleading Title] - 1

Dated:   December 20, 2016                              /s/      Jesse S. Kaplan
                                                        JESSE S. KAPLAN
                                                        Attorney for Plaintiff


                                                        PHILLIP A. TALBERT
                                                        United States Attorney
                                                        DEBORAH LEE STACHEL
                                                        Regional Counsel, Region IX
                                                        Social Security Administration

Dated:  December 20, 2016                                /s/ per e-mail authorization

                                                        ROYA MASSOUMI
                                                        Special Assistant U.S. Attorney

                                                        Of Counsel:
                                                        TINA L. NAICKER
                                                        Assistant Regional Counsel
                                                        Attorneys for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to January 4, 2017.

SO ORDERED.

Dated: January 4, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2