PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8957
Facsimile: (415) 744-0134
E-Mail: Roya.Massoumi@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TATYANA PLUMMER,<br><br>   Plaintiff,<br><br> vs.<br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:16-CV-00753-AC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

  IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from February 3, 2017, to **March 6, 2017** due to current workload demands.  Defendant currently has four othe pending responses due the same time as the current deadline and a Ninth Circuit responsive brief due to the U.S. Attorney's Office thereafter.  This is Defendant's first request for extension.  Defendant respectfully requests additional time to respond to Plaintiff's Motion for Summary Judgment in order to adequately research and analyze the issues presented by

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Joint Stipulation for Extension of Time; 2:16-CV-00753-AC

1  Plaintiff.  Defendant makes this request in good faith with no intention to unduly delay the
2  proceedings.
3      The parties further stipulate that the Court's Scheduling Order shall be modified
4  accordingly.

5                                                Respectfully submitted,

7  Dated: January 25, 2017              */s/ *Jesse Kaplan*
                                        (*as authorized by email on January 25, 2017)
8                                       JESSE KAPLAN
                                        Attorney for Plaintiff

11 Dated:  January 25, 2017             PHILLIP A. TALBERT
                                        United States Attorney
12                                      DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
13                                      Social Security Administration

15                              By      /s/  Roya Massoumi
                                        Roya Massoumi
16                                      Special Assistant U.S. Attorney

17                                      Of Counsel:
                                        TINA L. NAICKER
18                                      Assistant Regional Counsel

19
                                        Attorneys for Defendant
20
21                                      **ORDER**

22 APPROVED AND SO ORDERED:

24
25 DATED: January 26, 2017
                                        _allison Claire_
26                                      ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE
27
28