PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| TATYANA PLUMMER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:16-CV-00753-AC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 6, 2017, to **April 20, 2017** due to current workload demands.  Defendant has a Ninth Circuit brief due on or around the same time as the current deadline.  In addition, counsel for Defendant needs additional time to complete the agency's review process for new attorneys, who scheduled to be on leave from March 10-21, 2017.  This is Defendant's second request for extension.  Defendant respectfully requests additional time to respond to Plaintiff's Motion for Summary Judgment in order to adequately research and analyze the issues presented by Plaintiff. Defendant makes this request in good faith with no intention to unduly delay the proceedings.

1 The parties further stipulate that the Court's Scheduling Order shall be modified
2 accordingly.

3                                          Respectfully submitted,

5 Dated: February 28, 2017          */s/ *Jesse Kaplan*
                                   (*as authorized by email on February 21, 2017)
6                                  JESSE KAPLAN
                                   Attorney for Plaintiff

9 Dated:  February 28, 2017         PHILLIP A. TALBERT
                                   United States Attorney
10                                  DEBORAH LEE STACHEL
                                   Regional Chief Counsel, Region IX
11                                  Social Security Administration

13                          By     */s/  Tina L. Naicker*
                                   TINA L. NAICKER
14                                  Special Assistant U.S. Attorney

15                                  Attorneys for Defendant

16                                  **ORDER**

18 APPROVED AND SO ORDERED:

20
21 DATED: March 1, 2017

                                   _____
                                   ALLISON CLAIRE
                                   UNITED STATES MAGISTRATE JUDGE