PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TATYANA PLUMMER,<br><br>　　　　Plaintiff,<br><br>　vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:16-CV-00753-AC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from April 20, 2017, to **April 28, 2017** due to counsel for Defendant's unanticipated medical leave. Good cause exists to grant the extension. Counsel for Defendant was out of the office the week prior due to take care of her elderly mother. In addition, counsel has been suffering from debilitating migraines, which has caused Defendant to take unanticipated medical leave for herself and her mother. In addition, counsel needs additional time in order to complete the agency's review process for newer attorneys.

Joint Stipulation for Extension of Time; 2:16-CV-00753-AC

1

1  This is Defendant's third request for extension.  Defendant respectfully requests
2 additional time to respond to Plaintiff's Motion for Summary Judgment in order to adequately
3 research and analyze the issues presented by Plaintiff.  Defendant makes this request in good
4 faith with no intention to unduly delay the proceedings.  Defendant will diligently meet the new
5 deadline.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 20, 2017                 */s/ *Jesse Kaplan*
                                      (*as authorized by email on April 19, 2017)
                                      JESSE KAPLAN
                                      Attorney for Plaintiff


Dated:  April 20, 2017                PHILLIP A. TALBERT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                            By        */s/  Tina L. Naicker*
                                      TINA L. NAICKER
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: April 20, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Joint Stipulation for Extension of Time; 2:16-CV-00753-AC

2